UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §    Case No. 06-12042 CAD
BELL, JAMES A                       §
                                    §
                                    §
        Debtor(s)                   §
                                    §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 239,278.00 | Assets Exempt: 18,705.00 |
| Total Distributions to Claimants: 61,460.58 | Claims Discharged Without Payment: 158,052.34 |
| Total Expenses of Administration: 23,718.21 | |

3) Total gross receipts of $ 85,178.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 85,178.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 228,203.00 | $ 94,157.00 | $ 94,157.00 | $ 53,063.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,718.21 | 23,718.21 | 23,718.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,706.98 | 121,197.66 | 121,197.66 | 8,397.58 |
| **TOTAL DISBURSEMENTS** | $ 353,909.98 | $ 239,072.87 | $ 239,072.87 | $ 85,178.79 |

4) This case was originally filed under chapter 7 on 09/24/2006. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2009              By:/s/Frances Gecker
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1110-000 | 60,000.00 |
| Insurance Claim | 1249-000 | 24,833.34 |
| Post-Petition Interest Deposits | 1270-000 | 345.45 |
| **TOTAL GROSS RECEIPTS** | | **$85,178.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital ONe Auto Finance | | 11,768.00 | NA | NA | 0.00 |
| HSBS/MS | | 122,278.00 | NA | NA | 0.00 |
| HOMECOMINGS FINANCIAL | 4110-000 | 94,157.00 | 94,157.00 | 94,157.00 | 53,063.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ 228,203.00 | $ 94,157.00 | $ 94,157.00 | $ 53,063.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 7,508.92 | 7,508.92 | 7,508.92 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 29.09 | 29.09 | 29.09 |
| FRANK/GECKER LLP | 3110-000 | NA | 10,090.50 | 10,090.50 | 10,090.50 |
| FRANK/GECKER LLP | 3120-000 | NA | 64.10 | 64.10 | 64.10 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 1,809.10 | 1,809.10 | 1,809.10 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 16.50 | 16.50 | 16.50 |
| GUARDIAN FIRE ADJUSTERS, INC. | 3991-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,718.21 | $ 23,718.21 | $ 23,718.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMEX | | 0.00 | NA | NA | 0.00 |
| AMEX | | 0.00 | NA | NA | 0.00 |
| AMEX | | 0.00 | NA | NA | 0.00 |
| AMEX | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Badger Mutual Insurance Company | | 500.00 | NA | NA | 0.00 |
| Bass & Associates | | 0.00 | NA | NA | 0.00 |
| Blatt, Hasenmiller, Leibsker, Moore | | 0.00 | NA | NA | 0.00 |
| Capital One | | 731.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| Capital One Bank | | 535.39 | NA | NA | 0.00 |
| Citi | | 9,714.00 | NA | NA | 0.00 |
| Cleartel Communications | | 70.49 | NA | NA | 0.00 |
| Dish Network | | 134.38 | NA | NA | 0.00 |
| Friedman & Wexler, LLC | | 0.00 | NA | NA | 0.00 |
| GEMB/Walmart | | 4,998.00 | NA | NA | 0.00 |
| HSBC/Bestbuy | | 951.00 | NA | NA | 0.00 |
| MBNA America | | 27,160.00 | NA | NA | 0.00 |
| Mann Brack, LLC | | 0.00 | NA | NA | 0.00 |
| Wffinance | | 458.00 | NA | NA | 0.00 |
| Wolpoff & Abramson LLP | | 0.00 | NA | NA | 0.00 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,323.90 | 2,585.93 | 2,585.93 | 179.17 |
| AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 621.21 | 621.21 | 43.04 |
| BANK OF AMERICA N A | 7100-000 | 0.00 | 27,160.80 | 27,160.80 | 1,881.93 |
| ECAST SETTLEMENT CORP/CHASE BANK | 7100-000 | 15,084.30 | 13,280.23 | 13,280.23 | 920.16 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP/CHASE BANK | 7100-000 | 14,002.00 | 13,932.06 | 13,932.06 | 965.33 |
| ECAST SETTLEMENT CORP/MENARDS | 7100-000 | 1,306.00 | 1,306.24 | 1,306.24 | 90.51 |
| HFC | 7100-000 | 21,708.00 | 22,719.09 | 22,719.09 | 1,574.17 |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | 7100-000 | 4,889.52 | 4,998.42 | 4,998.42 | 346.33 |
| RESURGENT CAPITAL SERVICES | 7100-000 | 9,714.00 | 7,566.14 | 7,566.14 | 524.24 |
| ROUNDUP FUNDING, LLC/CHASE BANK USA | 7100-000 | 11,427.00 | 11,427.54 | 11,427.54 | 791.80 |
| VAN PELT'S CONSTRUCTION & SONS | 7100-000 | NA | 15,600.00 | 15,600.00 | 1,080.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$ 125,706.98** | **$ 121,197.66** | **$ 121,197.66** | **$ 8,397.58** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No: 06-12042 CAD Judge: Carol A. Doyle
Case Name: BELL, JAMES A

For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 09/24/06 (f)
341(a) Meeting Date: 10/24/06
Claims Bar Date: 07/20/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS / COLLECTIBLES | 200.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 5. FURS AND JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES<br>Debtor Claimed Exemption | 2,805.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Claim (u) | Unknown | 24,000.00 | | 24,833.34 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 345.45 | FA |
| 9. Real Estate<br>833 W. 129th Place, Chicago, IL<br>Debtor Claimed Exemption | 144,278.00 | 0.00 | DA | 0.00 | FA |
| 10. Real Estate<br>Ordered Abandoned 11/27/07. 238 W. 113th St. | 95,000.00 | 843.00 | OA | 60,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $242,983.00 | $24,843.00 | | $85,178.79 | Gross Value of Remaining Assets<br>$0.00 |

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 8)

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

Case No: 06-12042 CAD Judge: Carol A. Doyle
Case Name: BELL, JAMES A

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 09/24/06 (f)
341(a) Meeting Date: 10/24/06
Claims Bar Date: 07/20/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A final report has been filed in this case and funds have been distributed.

Initial Projected Date of Final Report (TFR): 06/01/08     Current Projected Date of Final Report (TFR): 03/01/09

/s/ Frances Gecker
_____ Date: 08/03/09
FRANCES GECKER

LFORM1
UST Form 101-7-TDR (4/1/2009) (Page: 9)

Ver: 14.31c

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

Case No: 06-12042 -CAD
Case Name: BELL, JAMES A

Taxpayer ID No: 75-6811795
For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3697 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/07 | 7 | Homecoming Financial<br>Cityplace Center<br>2711 N. Haskell Ave., Suite 900<br>Dallas, TX 75204 | | 1249-000 | 24,833.34 | | 24,833.34 |
| 04/30/07 | 8 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.40 | | 24,838.74 |
| 05/31/07 | 8 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.10 | | 24,859.84 |
| 06/29/07 | 8 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.43 | | 24,880.27 |
| 07/31/07 | 8 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 21.13 | | 24,901.40 |
| 08/22/07 | 10 | Badger Mutual Insurance Co<br>Attny Jeff Warnick<br>111 W. Washington, #1350<br>Chicago, IL 60602 | | 1110-000 | 60,000.00 | | 84,901.40 |
| 08/31/07 | 8 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 29.27 | | 84,930.67 |
| 09/28/07 | 8 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 54.10 | | 84,984.77 |
| 10/31/07 | 8 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 54.13 | | 85,038.90 |
| 11/30/07 | 8 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 45.43 | | 85,084.33 |
| 12/04/07 | 001000 | HOMECOMINGS FINANCIAL, LLC | Pursuant to Order dated Nov. 27, 2007 to turnover | 4110-000 | | 53,063.00 | 32,021.33 |

Page Subtotals    85,084.33    53,063.00

Ver: 14.31c

LFORM24  UST Form 101-7-TDR (4/1/2009) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 06-12042 -CAD
Case Name: BELL, JAMES A
Taxpayer ID No: 75-6811795
For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3697 MONEY MARKET

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | insurance proceeds to Homecomings | | | | |
| 12/31/07 | 8 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 31.95 | | 32,053.28 |
| 01/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 12.70 | | 32,065.98 |
| 02/05/08 | 001001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond Payment | 2300-000 | | 29.09 | 32,036.89 |
| 02/29/08 | 8 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 7.62 | | 32,044.51 |
| 03/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 7.57 | | 32,052.08 |
| 04/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 6.57 | | 32,058.65 |
| 05/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.07 | | 32,062.72 |
| 06/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.94 | | 32,066.66 |
| 07/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.07 | | 32,070.73 |
| 08/29/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 4.07 | | 32,074.80 |
| 09/30/08 | 8 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 3.95 | | 32,078.75 |
| 10/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 3.11 | | 32,081.86 |

Page Subtotals    89.62    29.09

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 11)

**FORM 2**  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3  
Exhibit 9

Case No: 06-12042 -CAD  
Case Name: BELL, JAMES A  
Taxpayer ID No: 75-6811795  
For Period Ending: 08/03/09

Trustee Name: Frances Gecker  
Bank Name: BANK OF AMERICA  
Account Number / CD #: *******3697 MONEY MARKET  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/08 | 8 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.62 | | 32,084.48 |
| 12/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 1.62 | | 32,086.10 |
| 01/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,086.36 |
| 02/27/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 32,086.61 |
| 03/10/09 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 32,086.70 |
| 03/10/09 | | Transfer to Acct #*******5337 | Final Posting Transfer | 9999-000 | | 32,086.70 | 0.00 |

|  | COLUMN TOTALS | 85,178.79 | 85,178.79 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 32,086.70 | |
|  | Subtotal | 85,178.79 | 53,092.09 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 85,178.79 | 53,092.09 | |

Page Subtotals    4.84    32,086.70

Ver: 14.31c

LFORM2A  
UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

Case No: 06-12042 -CAD
Case Name: BELL, JAMES A
Taxpayer ID No: 75-6811795
For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5337  GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/09 | | Transfer from Acct #*******3697 | Transfer In From MMA Account | 9999-000 | 32,086.70 | | 32,086.70 |
| 04/20/09 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60610 | Chapter 7 Compensation/Fees | 2100-000 | | 7,508.92 | 24,577.78 |
| 04/20/09 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 S. LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL  60603 | Accountant for Trustee Fees (Other | | | 1,825.60 | 22,752.18 |
| | | | Fees     1,809.10 | 3410-000 | | | 22,752.18 |
| | | | Expenses     16.50 | 3420-000 | | | 22,752.18 |
| 04/20/09 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60610 | Attorney for Trustee Fees (Trustee | | | 10,154.60 | 12,597.58 |
| | | | Fees     10,090.50 | 3110-000 | | | 12,597.58 |
| | | | Expenses     64.10 | 3120-000 | | | 12,597.58 |
| 04/20/09 | 001003 | Guardian Fire Adjusters, Inc. | Other Professional Fees (Used for m | 3991-000 | | 4,200.00 | 8,397.58 |
| 04/20/09 | 001004 | Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | General Unsecured 726(a)(2) | 7100-000 | | 524.24 | 7,873.34 |

Page Subtotals     32,086.70     24,213.36

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

Case No: 06-12042 -CAD
Case Name: BELL, JAMES A
Taxpayer ID No: 75-6811795
For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5337 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/20/09 | 001005 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba Wal-Mart Consumer<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000002, Payment 7% | 7100-000 | | 346.33 | 7,527.01 |
| 04/20/09 | 001006 | Roundup Funding, LLC/Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000003, Payment 7% | 7100-000 | | 791.80 | 6,735.21 |
| 04/20/09 | 001007 | Bank Of America N A<br>Attn Mr M-BK<br>1000 Samoset Dr<br>DE5-023-03-03<br>Newark, DE 19713 | Claim 000004, Payment 7% | 7100-000 | | 1,881.93 | 4,853.28 |
| 04/20/09 | 001008 | American Express Travel Related Services Co, Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 7% | 7100-000 | | 43.04 | 4,810.24 |
| 04/20/09 | 001009 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000006, Payment 7% | 7100-000 | | 179.17 | 4,631.07 |
| 04/20/09 | 001010 | eCAST Settlement Corp/Menards<br>Assignee of Household Bank (Menards)<br>P.O. Box 7247-6971 | Claim 000008, Payment 7% | 7100-000 | | 90.51 | 4,540.56 |

Page Subtotals    0.00    3,332.78

Ver: 14.31c

LFORM24  UST Form 101-7-TDR (4/1/2009) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit 9

| Case No: | 06-12042 -CAD |
|---|---|
| Case Name: | BELL, JAMES A |
| Taxpayer ID No: | 75-6811795 |
| For Period Ending: | 08/03/09 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5337 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19170-6971 | | | | | |
| 04/20/09 | 001011 | eCAST Settlement Corp/Chase Bank assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Claim 000009, Payment 7% | 7100-000 | | 920.16 | 3,620.40 |
| 04/20/09 | 001012 | eCAST Settlement Corp/Chase Bank assignee of Chase Bank USA NA POB 35480 Newark NJ 07193-5480 | Claim 000010, Payment 7% | 7100-000 | | 965.33 | 2,655.07 |
| 04/20/09 | 001013 | Joe Van Pelt d/b/a Van Pelt Construction 147 W. 113th Place Chicago, IL 60628 | Claim 000011, Payment 7% | 7100-000 | | 1,080.90 | 1,574.17 |
| 04/20/09 | 001014 | HFC P O Box 9618 Virginia Beach, VA 23450 | Claim 000012, Payment 7% | 7100-000 | | 1,574.17 | 0.00 |

Page Subtotals        0.00        4,540.56

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7
Exhibit 9

Case No: 06-12042 -CAD
Case Name: BELL, JAMES A
Taxpayer ID No: 75-6811795
For Period Ending: 08/03/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5337 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | COLUMN TOTALS |  | 32,086.70 | 32,086.70 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 32,086.70 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 32,086.70 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 32,086.70 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| MONEY MARKET - ********3697 | 85,178.79 | 53,092.09 | 0.00 |
| GENERAL CHECKING - ********5337 | 0.00 | 32,086.70 | 0.00 |
|  | 85,178.79 | 85,178.79 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker       Date: _____
FRANCES GECKER

Page Subtotals       0.00       0.00

Ver: 14.31c

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 16)*